No. 86–730.  CANNON v. LOYOLA UNIVERSITY OF CHICAGO ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 86–733.  BADER ET AL. v. ITEL CORP. ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–734.  ROTHERY STORAGE & VAN CO., INC., ET AL. v. ATLAS VAN LINES, INC.  C. A. D. C. Cir.  Certiorari denied.

No. 86–742.  HARRELL ET AL. v. REEVES ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 86–743.  ZIECHMANN ET AL. v. ADOMAITIS ET AL.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 86–750.  SIMPSON PAPER CO. v. CALIFORNIA DEPARTMENT OF INDUSTRIAL RELATIONS, DIVISION OF OCCUPATIONAL SAFETY AND HEALTH.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 86–754.  ROYAL CENTER, INC. v. LOCAL JOINT EXECUTIVE BOARD OF LAS VEGAS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 86–766.  AIRLINES TRANSPORTATION CO. v. NATIONAL LABOR RELATIONS BOARD.  C. A. 3d Cir.  Certiorari denied.

No. 86–767.  PEREZ v. LAREDO JUNIOR COLLEGE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–768.  KANSAS CITY SOUTHERN RAILWAY CO. v. MISSOURI PACIFIC RAILROAD CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 86–769.  HOUGH v. KISS ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 86–770.  HARRIS v. BLAKE ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 86–771.  INTERMEDICS INC. v. MEDTRONIC, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.